# Exhibit 2

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| Claim 1.1 A content recognition and data categorization system comprising: one or more databases coupled via a network; and | As highlighted below, Rakuten uses ViSenze AI Image Search across a massive ecommerce catalog. ViSenze Catalog Manager supports centralized product data synchronized from existing sources, satisfying network-coupled databases.<br><br>Additionally, Rakuten uses ViSenze's product discovery platform to support visual search and recommendations across Rakuten's catalog. The system necessarily includes catalog/product databases coupled over a network to ViSenze's AI platform and Rakuten user devices.<br><br>Further, as noted below, the accused system—namely, the Rakuten mobile application—operates as a content recognition and data categorization platform comprising client-side user devices, application servers, and AI-driven backend services empowered by ViSenze. This integrated system is commercially deployed and actively used by customers in the United States to upload images, browse, identify, and purchase products across multiple item categories. The users in the United States can download and access the app from the Apple App store & Google Play Store.<br><br>**Product Related Information Below:**<br><br>Challenges<br><br>With 40,000 vendors in the Rakuten ecosystem, it was increasingly difficult for shoppers to find the exact item they wanted due to inconsistent product data and keywords not matching customer intent.<br><br>These merchants are required to update information and images about products that they are selling online. Rakuten observed that product discoverability was a challenge, as the way in which merchants described a product often differed from the way shoppers were searching for products. The company had implemented best practices for merchants regarding product descriptions and meta tagging in the past, but was now looking for a solution that could solve this problem at scale, especially for their fashion category. The company wanted to transform the consumer's discovery phase for fashion products on the site and therefore the challenge was broken down into two parts. First, Rakuten wanted to ensure that shoppers are enabled to AI image search for products that are visually relevant to what they are looking for. The second part of the challenge was to enable shoppers to find complementary products based on color similarity.<br><br>Solution<br><br>Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging.<br><br>This allowed customers to find the items they wanted using the text phrases they are most familiar with.<br><br>Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3.<br><br>https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and- |

1

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | engagement/  iPhone, iPad https://apps.apple.com/us/app/rakuten-cash-back-deals/id723134859 |

2

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/ |
| Claim 1.2 a computing system having a non-transitory computer-readable medium | ViSenze executes AI/ML solutions on cloud infrastructure for Rakuten, including AI Image Search and Smart Tagging. This supports executable code, processors, and databases coupled over a network. <br><br> ViSenze operates a cloud-based computing system in which stored program instructions are executed by one |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| comprising code, the computing system having one or more processors coupled to the one or more databases over the network, wherein instructions are executed by the computing system to perform: | or more processors to provide AI-powered visual search and recommendation services. ViSenze's backend services run on processor-based cloud infrastructure (e.g., Kubernetes Engine and Compute Engine) and are coupled over a network to centralized databases and data pipelines. The system executes software instructions in response to network requests received via SDKs and APIs, thereby satisfying the requirement of a computing system executing code from a non-transitory computer-readable medium. The system includes one or more processors that execute AI and machine-learning instructions for visual recognition, feature extraction, similarity matching, and ranking.<br><br>**Product Related Information Below:**<br><br>Solution<br><br>Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging.<br><br>This allowed customers to find the items they wanted using the text phrases they are most familiar with.<br><br>Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3.<br><br>https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and-engagement/<br><br>**Unified Multimodality Experience**<br>Our AI-powered platform seamlessly integrates search and recommendations into one fluid experience, providing a truly immersive shopping journey.<br><br>**Cutting-Edge AI and Machine Learning**<br>Our state-of-the-art AI engine has been extensively trained over a decade on hundreds of millions of products. Combine this with the latest LLMs, you have a powerful engine that can seamlessly boost the shopping experience and enhance conversions!<br><br>https://www.visenze.com/discovery-suite/modules/smart-recommendations/ |

4

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **4 APIs and Tools**<br><br>One or more APIs will be available to Customer to assist with Customer's implementation of Connections, and ViSenze makes client libraries available to facilitate Customer's coding against the API(s). In addition, Authorized Users may install a ViSenze-produced software agent on certain Customer Components to support Customer's collection of Customer Data. The code for these libraries and agents (collectively, "Ancillary Tools") are available in public repositories at https://github.com/visenze and are subject to the applicable open source licenses referenced in those repositories. Customer determines and controls what APIs and Ancillary Tools (if any) to use in connection with the Services. By using an API or Ancillary Tool in connection with the Services, Customer hereby agrees to do so in accordance with the terms of this Agreement.<br><br>https://www.visenze.com/legal-ds-shopify-agreement/<br><br>**Catalog Manager**<br>**Easily manage data from all existing sources**<br>Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere.<br>Learn More<br><br>**Smart Recommendations**<br>**Show the most relevant products**<br>Make recommendations based on what your shoppers are seeing. Immediately increase cross-sell and up-sell opportunities for increased revenue impact with visual AI-powered Smart Recommendations.<br>Learn More<br><br>https://www.visenze.com/discovery-suite/ |
| Claim 1.3 maintaining a database of the one or more databases on a server in communication with one or more third party content provider computing device systems and one or more | As highlighted below, In the Rakuten app implementation, product content is supplied by third-party systems into ViSenze's databases, while user devices communicate with the same server infrastructure to submit queries and receive results.<br><br>Rakuten's product catalog is processed by ViSenze and made available to user devices through visual search and recommendation interfaces. Rakuten users submit image-based inputs and receive relevant products.<br><br>ViSenze maintains centralized catalog and reference databases on backend servers that are integrated with |

5

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| user computing device systems, | third-party content provider computing systems, including ecommerce platform and seller systems. These server-maintained databases are accessed by user computing devices through search and recommendation requests. **Product Related Information Below:** <br><br> Solution <br><br> Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging. <br><br> This allowed customers to find the items they wanted using the text phrases they are most familiar with. <br><br> Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3. <br><br> Challenges <br><br> With 40,000 vendors in the Rakuten ecosystem, it was increasingly difficult for shoppers to find the exact item they wanted due to inconsistent product data and keywords not matching customer intent. <br><br> These merchants are required to update information and images about products that they are selling online. Rakuten observed that product discoverability was a challenge, as the way in which merchants described a product often differed from the way shoppers were searching for products. The company had implemented best practices for merchants regarding product descriptions and meta tagging in the past, but was now looking for a solution that could solve this problem at scale, especially for their fashion category. The company wanted to transform the consumer's discovery phase for fashion products on the site and therefore the challenge was broken down into two parts. First, Rakuten wanted to ensure that shoppers are enabled to AI image search for products that are visually relevant to what they are looking for. The second part of the challenge was to enable shoppers to find complementary products based on color similarity. <br> https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and-engagement/ |

6

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |

https://www.visenze.com/discovery-suite/ |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.4 storing a plurality of user profiles, each user profile being unique and being associated with a first unique user entity accessible by the one or more user computing device systems, wherein at least one first unique | As highlighted below, Rakuten App maintains persistent user profiles comprising unique user identifiers and personal information such as email, phone, and address data. ViSenze's platform further associates brand metadata indexed as brand identifiers in product search APIs with user interaction history, satisfying the association of brand information with user profiles either directly or by inference from behavioral signals. Further, the app stores other information such as usage history or browsing data representing brand identifiers, which are selected and associated with the user through user interactions with brand-specific content, searches, filters, and purchases. These brand identifiers are maintained within the content recognition and data categorization system and used to personalize visual search results and recommendations delivered to the user. |

8

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| user profile comprises personal information related to a first unique user and information representing at least one brand identifier of the first unique user that have been selected to be associated with the first unique user on the content recognition and data categorization system, | **Product Related Information Below:**<br><br>**1. Collection of Information**<br><br>**Sources of Collection**<br><br>We collect, process, and use information about you when you:<br><br>• Register for our Services<br><br>• Install and/or access our Services through our application(s), including our mobile application and browser extension<br><br>• Connect to our Services through third parties, including social media accounts, email accounts, and business partners (described in Section 3 below)<br><br>• Interact with our Services<br><br>• Interact with third parties who refer you to our Services or merchants who participate in our Services<br><br>• Apply for the Rakuten-branded credit card<br><br>• Contact us for support<br><br>• Inquire about or apply for our influencer program<br><br>**2. Use of Information We Collect**<br><br>We use information we collect about you for the following business and commercial purposes:<br><br>**To Provide Our Services and Manage Your Account, including to:**<br><br>• Process your registration with our Services, including verifying whether your email address is active and valid and enrolling you into our programs<br><br>• Manage your account and interaction preferences, including tracking your shopping trips and remembering your favorite stores, merchants, preferred locales, and your transaction history<br><br>• Enable the Autofill feature in our Mobile Application<br><br>• Identify opportunities for rewards and/or offers<br><br>• Determine your eligibility for certain features and Services offered by Rakuten<br><br>• Process payments for Services that require them<br><br>• Determine the eligibility of your transactions for rewards, statement credits, or for cashback from merchants, including to support our efforts to obtain rewards from merchants for particular transactions<br><br>• Deliver you rewards, statement credits, or payments<br><br>• Send you technical notices, updates, security alerts and administrative messages<br><br>• Provide you member services and support regarding your account or our Services and reply to your questions, comments, and requests |

9

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **To Personalize and Improve Our Services**<br><br>We may use information we collect about you to create a profile of your preferences to personalize and tailor Services content so that it is more likely to be of interest to you. For example, we may use your most frequently visited stores or shopping history to display offers for similar stores in relevant parts of the Services or to present special offers that may interest you via our Services, including in-store. We may also use your Rakuten-branded credit card transactions to determine the categories of products or merchants that you are most interested in and present you similar stores or offers within our Services.<br><br>We may also use information we collect about you to identify usage trends and perform statistical analyses to improve our Services, websites, applications, marketing efforts, and which products and services of our business partners we recommend or offer, in order to provide a better service to you in the future.<br><br>https://www.rakuten.com/help/article/privacy-policy |

10

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://apps.apple.com/us/app/rakuten-cash-back-deals/id723134859 |

11

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Easy to fine-tune** Our AI technology draws on product meta-data to generate the most accurate and helpful results. Simple customizations let retailers: ▶ Show products in a certain price range ▶ Boost products from specific brands ▶ Hide out-of-stock products https://www.visenze.com/why-visenze/ |
| Claim 1.5 the server adapted to access the database and to receive inputs, including from the one or more user computing devices systems; | Rakuten users provide image-based inputs to the ViSenze-powered Smart Visual Search system. The server accesses the catalog database and returns relevant product results. In the backend Rakuten app implementation, user devices communicate with ViSenze-powered backend services over a network, where the servers retrieve data from the catalog database and process user-submitted inputs to generate search and recommendation results. The same server infrastructure is further adapted to receive inputs over a network, including search queries, image uploads, and interaction data transmitted from user computing device systems running the Rakuten mobile application. Upon receipt of such inputs, the server accesses the database to perform visual search and discovery operations.  **Product Related Information Below:**  Solution  Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging.  This allowed customers to find the items they wanted using the text phrases they are most familiar with.  Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3. |

12

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | These merchants are required to update information and images about products that they are selling online. Rakuten observed that product discoverability was a challenge, as the way in which merchants described a product often differed from the way shoppers were searching for products. The company had implemented best practices for merchants regarding product descriptions and meta tagging in the past, but was now looking for a solution that could solve this problem at scale, especially for their fashion category. The company wanted to transform the consumer's discovery phase for fashion products on the site and therefore the challenge was broken down into two parts. First, Rakuten wanted to ensure that shoppers are enabled to AI image search for products that are visually relevant to what they are looking for. The second part of the challenge was to enable shoppers to find complementary products based on color similarity.<br><br>https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and-engagement/<br><br><br><br>https://www.visenze.com/discovery-suite/modules/multi-search/ |

13

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
| --- | --- |
|  | <br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

14

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://cloud.google.com/customers/visenze |
| Claim 1.6 collecting one or more captured content in different formats from the one or more third-party content provider computing device systems by one or more content search queries for the one or more captured content available on the internet or by receiving shared | Rakuten collects captured content in different formats through user image search and through catalog content supplied to the ViSenze Discovery Suite.

The Rakuten App collects one or more captured content in different formats, including images, text inputs, and structured product data. Such content is collected from third-party content provider computing device systems, including Rakuten's ecommerce and merchant platforms, both in response to user-initiated content search queries submitted via the Rakuten mobile application and through direct receipt and synchronization of shared product content. This collection occurs over network connections to content available on the internet and through server-to-server content sharing.

As highlighted below, ViSenze's AI-powered Discovery Suite collects captured content in multiple formats, |

15

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| content by the one or more third-party content provider computing device systems; | including images, text, and catalog metadata, from third-party content provider computing systems. The system collects such content either in response to content search queries (e.g., text-based, image-based, or multimodal queries) or through direct ingestion of shared content from third-party catalog and merchant systems integrated with the platform.<br><br>**Product Related Information Below:**<br><br><br><br>*Multi-search makes search experience more natural, intuitive, and multi-purpose.*<br><br>https://rakuten.today/blog/unlocking-the-future-of-product-search-with-multi-search-and-ai.html |

16

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/multi-search/ |

17

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Easily integrated with your ecommerce ecosystem**<br><br>Catalog Manager seamlessly integrates with your existing tools to create a centralized source of information. Any updates you make are automatically reflected in the Discovery Suite in real-time.<br><br>▸ Ecommerce platform<br>▸ Product information management system<br>▸ Digital asset management platforms<br><br>shopify plus  OMNITURE  BIGCOMMERCE  Google Analytics  bynder  Magento  mixpanel  Heap  WOOCOMMERCE  akeneo<br><br>https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.7 storing the one or more captured content in the database; | As highlighted below, In the Rakuten app, the stored content is accessed repeatedly by visual search and recommendation modules to serve discovery results to user. Rakuten's growing catalog and inventory are processed by ViSenze to showcase similar and complementary products. ViSenze Catalog Manager supports synchronized product data storage for discovery modules.<br><br>ViSenze stores and uses Rakuten catalog content to power View Similar and Shop the Look. These features require persistent product image and metadata storage.<br><br>**Product Related Information Below:** |

18

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] | |
|---|---|---|
| |  *Multi-search makes search experience more natural, intuitive, and multi-purpose.* https://rakuten.today/blog/unlocking-the-future-of-product-search-with-multi-search-and-ai.html | |

19

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | ## Catalog Manager<br><br>**Easily manage data from all existing sources**<br><br>Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere.<br><br>Learn More<br><br>https://www.visenze.com/discovery-suite/ |

20

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ |
| Claim 1.8 identifying one or more objects associated with the one or more captured content using Optical Character Recognition technology | As highlighted below, Rakuten visual search powered with ViSenze's AI based visual recognition platform analyzes captured image content to identify visual elements and detect the presence of textual information (for e.g. other attributes) within images as part of its image understanding and quality assessment workflows. ViSenze's image analysis models are capable of recognizing text-related features (e.g., text presence in images), which can be inferred as OCR-related processing.  In the Rakuten deployment, product images supplied by third-party sellers are processed by ViSenze's backend systems to identify visual objects and text-related elements within the images. ViSenze clearly performs visual recognition and image-based search for Rakuten products.  **Product Related Information Below:** |

21

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  |

*Multi-search makes search experience more natural, intuitive, and multi-purpose.*

Consider this: you're looking for a light summer floral dress with puff sleeves. With multi-search, you can capture an image of an inspiring outfit that caught your eye for its attractive patterns, prompting the multi-search engine to find either an exact match or visually similar dresses – depending on your choice. Faced with different size ranges, you swiftly refine your search results by specifying only petites, ensuring that you only see petites and what's available in stock for purchase. Bingo, you found two final available choices that fit your budget.

## The impact and advantages of multi-search in retail:

**Improved convenience**: By combining text and images, multi-search significantly enhances the accuracy of product search results. Users can now search for products they have either a name or an image of, eliminating the need for text input altogether.

https://rakuten.today/blog/unlocking-the-future-of-product-search-with-multi-search-and-ai.html

Solution

Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging.

This allowed customers to find the items they wanted using the text phrases they are most familiar with.

Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3.

https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and-engagement/

22

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/ <br><br> https://www.visenze.com/ai-search-discovery/ |

23

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

24

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | categories<br><br>Our image quality model can recognize five different attributes in your images.<br><br>image_collage · image_text · image_mosaic · image_human · image_detail<br><br>https://developers.visenze.com/catalogs/low_quality.pdf |
| Claim 1.9 transforming extracted data of the one or more identified objects from the different formats of the one or more captured content to a standardized format by stripping the one or more captured content for one or more details and uploading the one or more details with additional fields cataloging various items displayed in foregrounds and backgrounds of each of the one or more captured content using one or more active machine learning and artificial intelligence | As highlighted below, the Rakuten integrated with ViSenze's Smart Tagging automatically optimizes product listings at scale and allows customers to search using familiar text phrases, supporting transformation of image/product data into searchable standardized tags.<br><br>ViSenze converts image inputs into visual attributes such as style and color, then uses those standardized attributes to curate similar product collections and recommendations.<br><br>The system strips raw captured content (e.g., product images) to extract relevant details and enriches the content by uploading the extracted information as additional catalog fields, including multiple attributes representing different items detected within the image. These enrichment and normalization processes are performed in real time to support visual search, multi-search, and recommendation functionality.<br><br>**Product Related Information Below:** |

25

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| processes in real time; |  Consider this: you're looking for a light summer floral dress with puff sleeves. With multi-search, you can capture an image of an inspiring outfit that caught your eye for its attractive patterns, prompting the multi-search engine to find either an exact match or visually similar dresses – depending on your choice. Faced with different size ranges, you swiftly refine your search results by specifying only petites, ensuring that you only see petites and what's available in stock for purchase. Bingo, you found two final available choices that fit your budget.<br><br>**The impact and advantages of multi-search in retail:**<br><br>**Improved convenience:** By combining text and images, multi-search significantly enhances the accuracy of product search results. Users can now search for products they have either a name or an image of, eliminating the need for text input altogether.<br><br>https://rakuten.today/blog/unlocking-the-future-of-product-search-with-multi-search-and-ai.html<br><br>Solution<br><br>Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging.<br><br>This allowed customers to find the items they wanted using the text phrases they are most familiar with.<br><br>Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3.<br><br>https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and-engagement/ |

26

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/ |

27

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  https://www.visenze.com/discovery-suite/modules/smart-tagging/ <br><br> ViSenze's Smart Tagging explicitly converts raw visual inputs into structured attributes aligned to a standardized catalog schema. |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
|  |  https://www.visenze.com/ai-search-discovery/ <br><br> https://www.visenze.com/discovery-suite/modules/catalog-manager/ |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Visually Similar Product Recommendations** <br><br> Make recommendations based on what shoppers are seeing <br><br> Keep customers engaged and increase conversions with Visually Similar Product Recommendations. <br><br> Showcase more of your catalog, match your visitor's shopping intent and never worry about out-of-stock items. <br><br> Request Demo <br><br> https://www.visenze.com/discovery-suite/use-case/visually-similar-recommendations/ |
| Claim 1.10 searching the database, in response to the transformed extracted data, to identify one or more potential associated brand identifiers to the first unique user based at | As highlighted below, In the Rakuten deployment, this enables identification of potential associated brand identifiers for a user based on both the transformed extracted data and user profile-related signals. <br><br> ViSenze's AI-powered Discovery Suite searches centralized catalog databases in response to transformed and standardized visual data to retrieve products and associated brand identifiers. <br> Further, ViSenze uses visual AI to understand shopper images and product catalogs. Smart tagging applies AI/ML to product data at scale, enriching product tags and making catalogs more searchable and recommendation-ready |

31

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| least in part on the first unique user profile and collected data from the one or more identified objects, the one or more identified objects received from the one or more third party content provider computing device systems; | The search process leverages extracted object-level attributes derived from third-party seller content and applies relevance, ranking, and recommendation logic that is influenced by user-specific context and interaction data.<br><br>**Product Related Information Below:**<br><br>The developer, **Rakuten Ebates**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.<br><br>**Data Linked to You**<br>The following data may be collected and linked to your identity:<br><br>Purchases — Financial Info<br>Location — Contact Info<br>User Content — Search History<br>Browsing History — Identifiers<br>Usage Data — Diagnostics<br><br>https://apps.apple.com/us/app/rakuten-cash-back-deals/id723134859 |

32

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **To Personalize and Improve Our Services**<br><br>We may use information we collect about you to create a profile of your preferences to personalize and tailor Services content so that it is more likely to be of interest to you. For example, we may use your most frequently visited stores or shopping history to display offers for similar stores in relevant parts of the Services or to present special offers that may interest you via our Services, including in-store. We may also use your Rakuten-branded credit card transactions to determine the categories of products or merchants that you are most interested in and present you similar stores or offers within our Services.<br><br>We may also use information we collect about you to identify usage trends and perform statistical analyses to improve our Services, websites, applications, marketing efforts, and which products and services of our business partners we recommend or offer, in order to provide a better service to you in the future.<br><br>https://www.rakuten.com/help/article/privacy-policy<br><br>**Solution**<br><br>Rakuten used ViSenze Smart Tagging to automatically optimize their product listings at scale, with a 99% accuracy compared to manual tagging.<br><br>This allowed customers to find the items they wanted using the text phrases they are most familiar with.<br><br>Rakuten used AWS infrastructure to power ViSenze's AI/ML solutions using EC2, EKS, Aurora, SQS, and S3.<br><br>https://www.visenze.com/resource-centre/rakuten-uses-search-by-image-to-enhance-discovery-and-engagement/ |

33

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://www.visenze.com/discovery-suite/ |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://www.visenze.com/ <br><br> **Easy to fine-tune** <br> Our AI technology draws on product meta-data to generate the most accurate and helpful results. Simple customizations let retailers: <br><br> ▸ Show products in a certain price range <br> ▸ Boost products from specific brands <br> ▸ Hide out-of-stock products <br><br> https://www.visenze.com/why-visenze <br><br> **4.2 Filters and text filters** <br><br> To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters. <br><br> Param — Filter query behaviour — Example <br><br> filters — The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. — `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive. <br><br> text_filters — The filter queries are treated as partial match filters. Only applies to String type fields. — `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand". <br><br> https://pub.dev/packages/visenze_productsearch_sdk |

35

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **Catalog Manager**<br><br>**Easily manage data from all existing sources**<br><br>Catalog Manager is a centralized source for all your product data. Quickly connect and synchronize your data from all existing sources, adapt it for all schema types and make it usable everywhere.<br><br>Learn More<br><br>https://www.visenze.com/discovery-suite/ |
| Claim 1.11 determining one or more potential associated brand identifiers to the first unique user from the one or more identified potential associated brand identifiers to determine a brand correlation between the at least one brand identifier and the one more potential associated brand identifiers to assist the first unique user in determining additional brands that have a | As highlighted below, Rakuten's ViSenze-powered recommendation functions determine similar and complementary products based on visual attributes and model images. This supports correlation between products/brands and helps users discover additional brands/products with overlapping consumer interest.<br><br>Rakuten sought to enable shoppers to find complementary products based on color similarity, supporting correlation between associated products/brands to help shoppers discover additional overlapping options<br><br>The system determines one or more potential associated brand identifiers for a user by analyzing previously identified brand-associated products and user interaction data. Using AI-driven recommendation logic, the system establishes correlations between brands based on shared consumer behavior and catalog attributes. These correlated brand identifiers are then presented to the user to assist in discovering additional brands that have overlapping consumer interest, thereby facilitating brand-level recommendations within the Rakuten mobile application.<br><br>**Product Related Information Below:** |

36

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| consumer overlap; and |  |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://apps.apple.com/us/app/rakuten-cash-back-deals/id723134859  https://www.visenze.com/discovery-suite/modules/catalog-manager/ https://www.visenze.com/why-visenze/ |

38

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | <br><br>https://www.visenze.com/discovery-suite/modules/smart-data/<br><br><br>https://www.visenze.com/why-visenze/ |

39

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | **4.2 Filters and text filters**<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>| Param | Filter query behaviour | Example |<br><br>filters — The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. — `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive.<br><br>text_filters — The filter queries are treated as partial match filters. Only applies to String type fields. — `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand".<br><br>https://pub.dev/packages/visenze_productsearch_sdk |
| Claim 1.12 presenting at a display associated with the first unique user, data representing the one or more identified potential associated brand identifiers to provide a more accurate vantage point of a current market, the data representing the one or more identified potential associated brand identifiers provided as one or more user interface elements associated with the one or more identified potential associated | Rakuten displays ViSenze-powered visual search and recommendation outputs as UI elements, including similar-item carousels and product recommendations, helping users evaluate current market alternatives.<br><br>ViSenze's platform treats "brand" as an explicit identifier within its product discovery stack: the SDK/API supports brand-based filters (e.g., filters=brand), and the retailers can "boost products from specific brands." These disclosures evidence that brand identifiers are represented in the underlying catalog metadata and are operationally used in database search/ranking and recommendation outputs.<br><br>**Product Related Information Below:** |

40

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| brand identifiers. |  https://apps.apple.com/us/app/rakuten-cash-back-deals/id723134859 |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| |  |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | https://apps.apple.com/us/app/rakuten-cash-back-deals/id723134859  https://www.visenze.com/blog/2024/02/06/how-ai-recommendation-engines-are-changing-the-ecommerce/ https://www.visenze.com/discovery-suite/modules/smart-data/ |

| U.S. Patent No. 11,107,098 B2 [Claim] | Rakuten Mobile App (Powered by ViSenze AI) [Relevant Text / Images] |
|---|---|
| | 4.2 Filters and text filters<br><br>To filter search results based on product metadata, provide a map of metadata key-values in the filters or text_filters parameters.<br><br>**Param** — **Filter query behaviour** — **Example**<br><br>**filters**: The filter queries are treated as exact match conditions. Applies to String, Integer and Float type fields. — `filters=brand:my_brand` means the brand (String) value of the search results must be strictly equal to "my_brand". `filters=price:10,199` means the price (Integer) value of the search results must be strictly within the range between 10 to 199 inclusive.<br><br>**text_filters**: The filter queries are treated as partial match filters. Only applies to String type fields. — `text_flters=brand:my_brand` means the brand value of the search results can be any values containing "my_brand", such as "my_brand >> sub brand".<br><br>https://pub.dev/packages/visenze_productsearch_sdk<br><br>**Easy to fine-tune**<br>Our AI technology draws on product meta-data to generate the most accurate and helpful results. Simple customizations let retailers:<br><br>▶ Show products in a certain price range<br>▶ Boost products from specific brands<br>▶ Hide out-of-stock products<br><br>https://www.visenze.com/why-visenze/ |

44